Arnold R. Levinson (SBN 066583)
Terrence J. Coleman (SBN 172183)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff,
BURNETT THOMAS

Anna Martin (SBN 154279)
William Reilly (177550)
RIMAC & MARTIN
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
UNUMPROVIDENT CORPORATION; UNUM LIFE INSURANCE COMPANY OF AMERICA; and UNITRIN, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNETT THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; UNUMPROVIDENT CORPORATION, UNITRIN, INC. LONG TERM DISABILITY PLAN, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 04-03283 MJJ<br><br>**STIPULATION AND ORDER RESCHEDULING MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: October 12, 2005<br>Time: 9:30 a.m.<br>Dept.: Courtroom F<br>[The Hon. James Larson] |

**STIPULATION AND ORDER RESCHEDULING MOTION FOR ATTORNEYS' FEES AND COSTS**

STIPULATION AND ORDER      Case No. 04-03283 MJJ

| | |
|---|---|
| 1 | Plaintiff BURNETT THOMAS and Defendants UNUMPROVIDENT |
| 2 | CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA and |
| 3 | UNITRIN, INC. LONG TERM DISABILITY PLAN, hereby stipulate to rescheduling the |
| 4 | Motion for Attorneys' Fees and Costs from October 12, 2005, at 9:30 a.m., Courtroom F, |
| 5 | The Honorable James Larson, to **November 16, 2005, at 9:30 a.m., Courtroom F, The** |
| 6 | **Honorable James Larson.** |
| 7 | |
| 8 | SO STIPULATED |

Dated: October 4, 2005            PILLSBURY & LEVINSON, LLP

                                  By: _____
                                      Terrence J. Coleman
                                      Attorneys for Plaintiff,
                                      BURNETT THOMAS

Dated: October 11, 2005           RIMAC & MARTIN

                                  By: _____
                                      William Reilly
                                      Attorneys for Defendants,
                                      UNUMPROVIDENT
                                      CORPORATION; UNUM LIFE
                                      INSURANCE COMPANY OF
                                      AMERICA; and UNITRIN, INC.
                                      LONG TERM DISABILITY PLAN

**SO ORDERED**

Dated: 10/11/05 _____, 2004

IT IS SO ORDERED
Judge James Larson

STIPULATION AND ORDER                                    Case No. 04-03283 MJJ